

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00052-CV

JOHN FALTYNSKI, F&F LAND COMPANY, INC., AND KELLI FREEMAN AS ADMINISTRATOR OF THE ESTATE OF HARRY FREEMAN

APPELLANTS

V.

SONYA BELL, INDIVIDUALLY AND AS SURVIVING PARENT AND REPRESENTATIVE OF THE ESTATE OF JEFFREY MURIEL, JR., DECEASED; DONALD CAIN, SR., INDIVIDUALLY AND AS SURVIVING PARENT AND REPRESENTATIVE OF THE ESTATE OF DONALD CAIN, JR., DECEASED; CYNTHIA DENTON, INDIVIDUALLY; DESSANDRA TATE, INDIVIDUALLY AND AS SURVIVING SPOUSE AND REPRESENTATIVE OF THE ESTATE OF CHARLES TATE, JR., DECEASED, AND AS NEXT FRIEND OF AALIYAH TATE, A MINOR; CHARLES TATE, SR., INDIVIDUALLY AND AS SURVIVING PARENT OF CHARLES TATE, JR., DECEASED; TERESA COLEMAN JORDAN, INDIVIDUALLY AND AS SURVIVING PARENT OF CHARLES TATE, JR., DECEASED; AND VERNITA WALKER, INDIVIDUALLY AND AS

APPELLEES

REPRESENTATIVE OF THE
ESTATE OF CARL MELVIN
FIELDS, JR., DECEASED

------------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On July 31, 2012, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  August 23, 2012

---

[1]*See* Tex. R. App. P. 47.4.